**Thomas Rosin, appellee, v. National Fire Insurance Company of Hartford, appellant.    Gen. No. 27,161.**

Action on automobile theft or robbery insurance policy.    Judgment

for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Bates, Hicks & Folonie, for appellant. Nash & Ahern and John F. Cashin, Jr., for appellee.

Mr. Justice Matchett delivered the opinion of the court.